`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ELIZABETH K.,

Plaintiff

v.                                          CIVIL ACTION NO. 2:25cv627

FRANK BISIGNANO
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on Elizabeth K.'s ("Plaintiff") complaint for judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act. On December 2, 2025, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On December 22, 2025, Plaintiff filed a brief in support of reversal and remand of the Commissioner's decision denying benefits. (ECF No. 11). On January 20, 2026, the Commissioner filed a brief in support denying benefits. (ECF No. 12). On July 10, 2026, the Magistrate Judge filed his report recommending the final decision of the Commissioner be *VACATED* and *REMANDED*. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for

filing the same has expired.

The Court does hereby *ACCEPT* the findings and recommendations set forth in the report of the United States Magistrate Judge filed July 10, 2026, and it is therefore *ORDERED* that the final decision of the Commissioner be *VACATED* and *REMANDED* for further proceeding consistent with this Report and Recommendation.

The Clerk shall mail a copy of this final Order to counsel for the parties.

*IT IS SO ORDERED.*

Norfolk, Virginia
August 5, 2026

_____
Raymond A. Jackson
United States District Judge